**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**   F I L E D

UNITED STATES DISTRICT COURT
DENVER COLORADO

Civil Action No. 04-WY-1243-CAB (PAC)

AUG – 1 2005

CAROLYN BANKS,
HASAN MUJAHID, and
ESTATE OF SHERMAN ANTHONY BANKS,

GREGORY C. LANGHAM
CLERK

       Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF INVESTIGATION,
METRO GANG TASK FORCE,
MELISSA GRIEGO,
LORI MICHELSON,
JOHN DOES 1-10: INVESTIGATORS AND MEMBERS OF METRO GANG TASK FORCE,
CITY OF AURORA,
AURORA POLICE DEPARTMENT,
CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT,
ANDRE SHOEBOOT OLIVER,
DARNELL WEARE,
JASON COLEMAN, and
ANGELA DODDS-WEARE,

       Defendants.

---

### ORDER

---

    **IT IS HEREBY ORDERED**, irrespective of the Local Rules of the United States District Court

District of Colorado regarding electronic filing, that a hard copy of all documents hereafter filed in the

above-entitled case shall be sent to the Wyoming chambers of this Court. The address is: United States

District Court District of Wyoming, Judge Brimmer's Chambers, 2120 Capitol Avenue, Second Floor,

Cheyenne, Wyoming 82001.

Dated this 27th day of July, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE