**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-WY-1243-CAB (PAC)

CAROLYN BANKS, HASAN MUJAHID, and ESTATE OF SHERMAN BANKS,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, METRO GANG TASK FORCE, MELISSA GRIEGO, LORI MICHELSON, JOHN DOES 1-10, investigators and members of Metro Gang Task Force, CITY OF AURORA, AURORA POLICE DEPARTMENT, CITY AND COUNTY OF DENVER, DENVER POLICE DEPARTMENT, ANDRE SHOEBOOT OLIVER, DARNELL WEARE, JASON COLEMAN, and ANGELA DODDS-WEARE,

Defendants.

**Order Dismissing Without Prejudice for Failure to Prosecute**

On December 21, 2005, this Court ordered Plaintiffs and their counsel of record, Mr. Wazir-Ali Muhammed Al Haqq, to show cause why this case should not be dismissed for failure to prosecute within thirty (30) days or risk dismissal of this action with or without prejudice under Fed. R. Civ. P. 41(b). Since Plaintiffs have failed to respond, the Court hereby **ORDERS** this case **DISMISSED WITHOUT PREJUDICE.**

Dated this 23rd day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE
SITTING BY DESIGNATION